```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A97-0230--CV (JWS)
"JEFFREY NIPPER ET AL V DANEK MEDICAL INC ET A"

Including terminated parties, excluding terminated counsel
```

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 06/12/97
          Closed: 07/16/01

    Jurisdiction: (4) Diversity (see citizenship of parties)
   PLF Diversity: (1) Citizen of This State
   DEF Diversity: (2) Citizen of Another State

  Nature of Suit: (362) Personal injury - medical malpratice
                  MEDICAL MALPRACTICE
          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Paid $150.00 on 06/12/97 receipt # 00101631
        Trial by: Jury
```

Parties of Record:

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1  NIPPER, JEFFREY | Don Bauermeister<br>Burke & Bauermeister<br>921 W. 6th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-277-6177<br>FAX 907-277-6111 |
| PLF 2.1  NIPPER, TRAVIS | Don Bauermeister<br>(see above) |
| PLF 3.1  NIPPER, CODY | Don Bauermeister<br>(see above) |
| DEF 1.1  DANEK MEDICAL INC | Michael C. Geraghty<br>DeLisio Moran et al<br>943 W. 6th Avenue<br>Anchorage, AK 99501<br>907-279-9574 |
| DEF 2.1  SOFAMOR-DANEK GROUP INC | Michael C. Geraghty<br>(see above) |
| DEF 3.1  WARSAW ORTHOPEDIC INC | Michael C. Geraghty<br>(see above) |
| DEF 4.1  [T] LUQUE, EDUARDO | No counsel found for this party! |
| DEF 5.1  [T] JOHNSTON, CHARLES E. II | No counsel found for this party! |
| DEF 6.1  [T] ASHMAN, RICHARD PHD | No counsel found for this party! |
| DEF 7.1  [T] LOWERY, GARY | No counsel found for this party! |

Case 3:97-cv-00230-JWS    Document 35    Filed 01/03/06    Page 1 of 6

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A97-0230--CV (JWS)
"JEFFREY NIPPER ET AL V DANEK MEDICAL INC ET A"

Including terminated parties, excluding terminated counsel

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 8.1 | [T] | RAPP, GEORGE | No counsel found for this party! |
| DEF 9.1 | [T] | TRANSFELDT, ENSOR | No counsel found for this party! |
| DEF 10.1 | [T] | HERRING, JOHN A. | No counsel found for this party! |
| DEF 11.1 | [T] | WHITECLOUD, THOMAS III | No counsel found for this party! |
| DEF 12.1 | [T] | ZDEBLICK, THOMAS A. | No counsel found for this party! |
| DEF 13.1 | [T] | YOUNGWOOD MEDICAL SPECIALTIES INC | No counsel found for this party! |
| DEF 14.1 | [T] | STUART MEDICAL INC | No counsel found for this party! |
| DEF 15.1 | [T] | TEXAS SCOTTISH RITE HOSPITAL FOR CRIPPLED CHILDREN | No counsel found for this party! |
| DEF 16.1 | [T] | AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS | No counsel found for this party! |
| DEF 17.1 | [T] | NORTH AMERICAN SPINE SOCIETY | No counsel found for this party! |
| DEF 18.1 | [T] | SCOLIOSIS RESEARCH SOCIETY | No counsel found for this party! |
| DEF 19.1 | [T] | SPINAL SCIENCE ADVANCEMENT FOUNDATION | No counsel found for this party! |
| DEF 20.1 | [T] | ACROMED CORP CHARTER NO. 614043 | No counsel found for this party! |
| DEF 21.1 | [T] | ACROMED CORP | No counsel found for this party! |
| DEF 22.1 | [T] | ACROMED CORP CHARTER NO. 816942 | No counsel found for this party! |
| DEF 23.1 | [T] | ACROMED INC CHARTER NO. 811415 | No counsel found for this party! |
| DEF 24.1 | [T] | ACROMED INC | No counsel found for this party! |
| DEF 25.1 | [T] | ACROMED INC CHARTER NO. 816943 | No counsel found for this party! |
| DEF 26.1 | [T] | ACROMED HOLDING CORP CHARTER NO. 811416 | No counsel found for this party! |
| DEF 27.1 | [T] | ACROMED CORP | No counsel found for this party! |
| DEF 28.1 | [T] | ACE MEDICAL CO | No counsel found for this party! |
| DEF 29.1 | [T] | ADVANCED SPINE FIXATION SYSTEMS INC | No counsel found for this party! |
| DEF 30.1 | [T] | CROSS MEDICAL PRODUCTS INC | No counsel found for this party! |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A97-0230--CV (JWS)
"JEFFREY NIPPER ET AL V DANEK MEDICAL INC ET A"

Including terminated parties, excluding terminated counsel

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 31.1 | [T] | DEPUY-MOTECH INC | No counsel found for this party! |
| DEF 32.1 | [T] | SCIENTIFIC SPINAL | No counsel found for this party! |
| DEF 33.1 | [T] | SMITH & NEPHEW RICHARDS INC | No counsel found for this party! |
| DEF 34.1 | [T] | SOFAMOR SNC | No counsel found for this party! |
| DEF 35.1 | [T] | SOFAMOR INC | No counsel found for this party! |
| DEF 36.1 | [T] | SYNTHES USA | No counsel found for this party! |
| DEF 37.1 | [T] | SYNTHES INC | No counsel found for this party! |
| DEF 38.1 | [T] | SYNTHES NORTH AMERICA INC | No counsel found for this party! |
| DEF 39.1 | [T] | SYNTHES | No counsel found for this party! |
| DEF 40.1 | [T] | A.G. | No counsel found for this party! |
| DEF 41.1 | [T] | ZIMMER INC | No counsel found for this party! |
| DEF 42.1 | [T] | ALFRA INDUSTRIES INC | No counsel found for this party! |
| DEF 43.1 | [T] | HOWLAND INDUSTRIES INC | No counsel found for this party! |
| DEF 44.1 | [T] | HOWLAND, ROBERT | No counsel found for this party! |
| DEF 45.1 | [T] | SPENCER, CURTIS | No counsel found for this party! |
| DEF 46.1 | [T] | THOMAS, JAMES JR | No counsel found for this party! |
| DEF 47.1 | [T] | WILTSE, LEON | No counsel found for this party! |
| DEF 48.1 | [T] | SELBY, DAVID | No counsel found for this party! |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A97-0230--CV (JWS)
                          "JEFFREY NIPPER ET AL V DANEK MEDICAL INC ET A"

                                      For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 06/12/97
            Closed: 07/16/01

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (2) Citizen of Another State

    Nature of Suit: (362) Personal injury - medical malpratice
                    MEDICAL MALPRACTICE
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 06/12/97 receipt # 00101631
          Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/12/97 | Complaint filed. |
| 1 - 2 | 06/12/97 | PLF 1-3 Jury Demand |
| NOTE - 1 | 06/26/97 | Issued: summons |
| 2 - 1 | 08/08/97 | DEF 41 Answer to Complaint. |
| 3 - 1 | 08/13/97 | JWS Minute Order that plf file returns of svc w/in 20 days. cc cnsl |
| NOTE - 2 | 08/25/97 | Issued: summons |
| 4 - 1 | 08/25/97 | PLF 1-3 Report re: status & related MDL litigation |
| 5 - 1 | 09/09/97 | DEF 14 Waiver of Service. |
| 6 - 1 | 09/18/97 | DEF 16 Answer to Complaint. |
| NOTE - 3 | 09/22/97 | Issued: summons re: James Thomas Jr. |
| NOTE - 4 | 09/22/97 | Issued: summons re: Robert Howland. |
| NOTE - 5 | 09/22/97 | Issued: summons re: Leon Wiltse. |
| NOTE - 6 | 09/22/97 | Issued: summons re: Curtis Spencer. |
| NOTE - 7 | 10/02/97 | Issued: summons as to Howland Industries |
| NOTE - 8 | 10/02/97 | Issued: summons as to ALFRA Industries |
| NOTE - 9 | 10/02/97 | Issued: summons as to Advanced Spine Fixation Systems. |
| 7 - 1 | 10/06/97 | PLF 1-3; DEF 17 Stipulation that deft need not answer or otherwise respond to the complaint in this matter until following transfer to MDL No. 1014 in E.District of Pennsylvania. |
| 7 - 2 | 10/08/97 | JWS Order approving stip. cy cnsl, C. Corrigan |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A97-0230--CV (JWS)
"JEFFREY NIPPER ET AL V DANEK MEDICAL INC ET A"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 8 - | 1 | 10/30/97 | Certified Cpy of Conditional Transfer Order. cc:cnsl |
| 9 - | 1 | 05/26/99 | Certified Cpy of Conditional Remand Order. cc: cnsl |
| 10 - | 1 | 06/04/99 | Letter of transfer of docs from USDC Eastern District of PA MDL-1014 Orthopedic Bone screw Litigation.  MDL dkt sheet lodged in original file. [docs located in expando file] |
| 11 - | 1 | 06/16/99 | JWS Minute Order re: remand from MDL; w/i 60 days parties to file a list re: disc, wits, estimate of trial time, list of prop trial dates; description of iss to be resolved prior to trial and indication of appropriate ADR. cc: cnsl |
| 12 - | 1 | 07/15/99 | DEF 1-3; 34-35 Attorney Appearance of M. Geraghty. |
| 13 - | 1 | 08/05/99 | PLF 1-3; DEF 1-3  Joint Motion for continuance of disclosures until after 9/30/99. |
| 14 - | 1 | 08/06/99 | JWS Order granting joint motion at dk 13. cc: cnsl |
| 15 - | 1 | 08/13/99 | PLF 1-3; DEF 29; 43-47 Stipulation of dismissal w/o prej. |
| 15 - | 2 | 08/17/99 | JWS Order approving stip. cc: cnsl |
| 16 - | 1 | 09/30/99 | PLF 1-3; DEF 1-3 Joint Motion for a continuance of the required disclosures or stipulated dismissals on or before 11/15/99. |
| 17 - | 1 | 10/08/99 | JWS Order that disclosures required by 8/6/99 ord are cont; disclosures or stip dismissals due 11/15/99. cc: cnsl |
| 18 - | 1 | 11/15/99 | PLF 1-3; DEF 1-3 Settlement Notice: agreement & stip to be filed by 12/31/99. |
| 19 - | 1 | 11/29/99 | JWS Minute Order that updated rpt on stat of settl due 1/10/00. cc: cnsl |
| 20 - | 1 | 01/04/00 | PLF 1-3 Updated Report on status of settlement paperwork w/att exh. |
| 21 - | 1 | 01/05/00 | JWS Minute Order that further stat rpt or settl docs due 3/1/00. cc: cnsl |
| 22 - | 1 | 02/25/00 | PLF 1-3 Second updated report re: settlement paperwork. |
| 23 - | 1 | 03/01/00 | DEF 1-3 Response to plf's second updated rpt on status of settl paperwork. |
| 24 - | 1 | 03/17/00 | JWS Minute Order that if closing papers aren't fld by 5/1/00 defs to file mot to dismiss w/prej. cc: cnsl |
| 25 - | 1 | 05/02/00 | DEF 1-3 motion to dismiss w/att aff. |
| 26 - | 1 | 05/17/00 | PLF 1-3 opposition to DEF 1-3 motion to dismiss (25-1) w/att exh. |
| 27 - | 1 | 06/07/00 | JWS Order denying motion to dismiss (25-1); parties to file joint stat rpt w/i 90 days re: stat of settl. cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A97-0230--CV (JWS)
"JEFFREY NIPPER ET AL V DANEK MEDICAL INC ET A"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 28 - 1 | 09/06/00 | DEF 1-3 Status Report. |
| 29 - 1 | 10/10/00 | JWS Minute Order that crt to consider dismissing case if settl docs not fld by 1/12/01. cc: cnsl |
| 30 - 1 | 01/18/01 | JWS Minute Order that unless good cause shown by 1/31/01 for failure to comply w/ord at dkt 29 case will be dism. cc: cnsl |
| 31 - 1 | 01/25/01 | PLF 1-3 Status Report re: response to order of 1/18/01 w/att exhs. |
| 32 - 1 | 01/26/01 | DEF 1-3 Response to plf's status report. |
| 33 - 1 | 01/31/01 | JWS Minute Order that plfs file updated stat rpt by 5/4/01. cc: cnsl |
| 34 - 1 | 05/04/01 | PLF 1-3 updated stat rpt re: 1/31/01 ord from chambers. |
| 35 - 1 | 07/13/01 | Stipulation for dismissal. |
| 35 - 2 | 07/16/01 | Order approving stip. cc: cnsl |